United States District Court
Southern District of Texas
**ENTERED**
April 12, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ADRIAN SANTIESTEBAN-PUPO, | § | |
| Petitioner. | § | |
| | § | |
| v. | § | Civil Action No. 1:20-cv-00136 |
| | § | |
| ATTORNEY GENERAL MERRICK | § | |
| GARLAND, ET AL., | § | |
| Respondents. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court are Petitioner's "Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") (Dkt. No. 1), Respondents' "Motion to Dismiss" ("MTD") (Dkt. No. 10), Respondents' "Notice and Supplement to Motion to Dismiss" ("Supplement") (Dkt. No. 12), and the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 14).

The R&R recommends this Court (1) grant Respondents' MTD (Dkt. No. 10) on mootness grounds, (2) dismiss Petitioner's Petition (Dkt. No. 1) as moot, and (3) direct the Clerk of Court to close the case. Objections were due March 31, 2021. No objections were filed by either party. When no objections are filed to a magistrate judge's ruling, the district court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Thus, Respondents' MTD (Dkt. No. 10) is **GRANTED**. Petitioner's Petition (Dkt. No. 1) is **DISMISSED** as moot. The District Court Clerk is **ORDERED** to close the case.

Signed on this ___12th___ day of ___April___, 2021.

Rolando Olvera
United States District Judge